IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE M. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-14-528-R ) |
| ROBERT PATTON, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 42 U.S.C. § 1983 Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of August, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE